Boro Hall Corp. et al., Appellants, *v.* Vincent R. Impellitteri et al., Constituting the Board of Estimate of the City of New York, et al., Respondents, and Brooklyn Hospital et al., Interveners, Respondents.

Argued May 17, 1954; decided May 27, 1954.

*John H. Finn* for motion for stay and for leave to appeal and against motion to dismiss appeal.

*Adrian P. Burke, Corporation Counsel* (*Benjamin Offner* of counsel), and *John P. McGrath* for motion to dismiss appeal and against motion for leave to appeal and for a stay.

Motion for leave to appeal and for a stay denied, with $10 costs.

Cross motions granted and appeal dismissed, with costs and $10 costs of motions, upon the ground that there is no substantial constitutional question involved.